UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X

LUC BURBON,

                             Plaintiff,                                    *Civil Action No.*

         -against-                                      **1:21-cv-01439-DG-CLP**

IG DESIGN GROUP AMERICAS, INC.,

                             Defendants.

-----------------------------------------------------------X

## **NOTICE OF SETTLEMENT**

       PLEASE TAKE NOTICE that Plaintiff, LUC BURBON, and Defendant IG DESIGN GROUP AMERICAS, INC. hereby notify this Honorable Court that settlement has been reached in the above-referenced case among all parties. The Parties are drafting the necessary documents and expect to finalize the agreement in the next few weeks. Accordingly, we respectfully request a 30-day order be issued.

       Dated: July 6, 2021

                                                             By:_____
                                                                 Bradly G. Marks
                                                                 The Marks Law Firm, PC
                                                                 54 W 40th Street, Ste 1131
                                                                  New York, NY 10018
                                                                   T:(646) 770-3775